FILED

06/24/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0205

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0205

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

BRIAN BLISS,

      Defendant and Appellant.

## ORDER

Upon consideration of Appellee's motion for a 60-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including September 4, 2020, within which to prepare, serve, and file its response brief.

JK

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 24 2020